UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FIDELITY NATIONAL INSURANCE COMPANY, a California corporation,

       Plaintiff,

  v.

HARTFORD CASUALTY INSURANCE COMPANY, a New Jersey corporation, and Does 1 through 5, inclusive,

       Defendants.

_____/

NO. CIV. S-10-0790 LKK/KJN

O R D E R

    A status conference was held in chambers on June 21, 2010. Defendant indicated an intent to file an amended answer and third party complaint, and plaintiff does not object.

    Accordingly, defendant is to file those documents within ten (10) days from the date of this order. A further status conference is now set for September 7, 2010 at 3:30 p.m. Defendant is to give third party defendant notice of the date and time of the

////

1

1  status conference.
2       IT IS SO ORDERED.
3       DATED: June 22, 2010.
4
5
6                              /s/ Lawrence K. Karlton
                               LAWRENCE K. KARLTON
7                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2