SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
NICHOLAS J. BOOS  Bar No. 233399
bruce.celebrezze@sdma.com
nicholas.boos@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant and Third-Party Plaintiff
HARTFORD CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY NATIONAL INSURANCE COMPANY, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, a New Jersey corporation, and Does 1 through 5, inclusive<br><br>    Defendant. | CASE NO. 2:10-cv-00790-LKK-KJN<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION** |
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>FLORA O. RICHARDS,<br><br>    Third-Party Defendant. | |

1    Based upon plaintiff Fidelity National Insurance Company's and defendant and third-
2  party plaintiff Hartford Casualty Insurance Company's Stipulation Regarding Dismissal of Entire
3  Action, it is hereby ORDERED as follows:
4    1.  Plaintiff Fidelity National Insurance Company's complaint is dismissed with
5  prejudice.  Each party shall bear its own attorneys' fees and costs.
6    2.  Defendant and third-party plaintiff Hartford Casualty Insurance Company's third-
7  party complaint is dismissed without prejudice.  Each party shall bear its own attorneys' fees and
8  costs.
9    IT IS SO ORDERED.
10  Dated:  January 13, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT